UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mr. Jose Pizarro
_____

**16CV2418**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

N.Y.C.D.O.C. Comm. Joseph Ponte;
Warden Jane Doe GRVC; Deputy
Warden Security Caputo; C.O. Mayo
C.O. Caucasian John Doe;
_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Jose Pizarro
            ID #   1411601751
            Current Institution   G.R.V.C.
            Address   09-09 Hazen Street
                      East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name N.Y.C.D.O.C. Comm. Joseph Ponte   Shield # _____
                  Where Currently Employed   Rikers Island
                  Address   75-20 Astoria Blvd.
                            East Elmhurst, N.Y. 11370

Rev. 05/2010

1

Defendant No. 2    Name WARDEN JANE DOE _____ Shield #_____
                   Where Currently Employed  G.R.V.C
                   Address  09-09 HAZEN STREET
                            EAST ElmHurST, N.Y. 11370

Defendant No. 3    Name Deputy WARDEN security caputo Shield #_____
                   Where Currently Employed  G.R.V.C
                   Address  09-09 HAZEN STREET
                            EAST ElmHurST, N.Y. 11370

Defendant No. 4    Name C.O. MAYO _____ Shield #_____
                   Where Currently Employed  G.R.V.C
                   Address  09-09 HAZEN STREET
                            EAST ElmHurST, N.Y. 11370

Defendant No. 5    Name C.O. CAUCASIAN John DOE  Shield #_____
                   Where Currently Employed  G.R.V.C
                   Address  09-09 HAZEN STREET
                            EAST ElmHurST, N.Y. 11370

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     G.R.V.C

B.   Where in the institution did the events giving rise to your claim(s) occur?
     IN TAKe AREA AND IN Housing UNIT 15-A 38 cell

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     MARCH 3, 2016 AT Appoximetely or About 9:00 p.m. AND MARCH 8, 2016 AT Or About Appoximetely 8:00 p.m

**D. Facts:** ON MARCH 3, 2016 AT or About Approximately 9:00 P.M. IN The G.R.V.C. FACILITY; IN The Intake Rm. Defendant C.O. MAYO CAME TO search PLAINTIFF Jose Pizarro, Pro-se AND Asked Him IN A HOSTILE MANNER TO STRIP SEARCH. PLAINTIFF Jose Pizarro INFORMED Defendant C.O. MAYO THAT He WAS of Muslim Religion, AND THAT it Forbids Exposing His Private Parts. The Defendant C.O. MAYO THEN STATED "He Hates Muslim AND All Muslims Should Die, AND THAT He DID NOT Give A Fuck About THE Muslim Religion. HE TOLD PLAINTIFF Jose Pizarro To Squat AND Turn Around AND Stick Two (2) Fingers IN PLAINTIFF Jose Pizarro Ass. PLAINTIFF Refused. AND The Defendant C.O. MAYO Began To Grab PLAINTIFF Private Part AND Also Choke PLAINTIFF until He Almost couldn't breathe AND PASSED OUT. The Defendant C.O. MAYO Left Defendant ON THE Floor Without Further INCIDENT. AT All TIMES AFTER THAT upon BEING IN THIS Defendant Presence HE HArASSED. AND used Derogatory LANGUAGE Against His Muslim Religion, AND culture. THIS Defendant WAS AND STIll is wreckless Towards PLAINtiff MENtally AND Sometimes PHysically. ON MARCH 8, 2016 AT or About Approximately 8:00 PM During A search IN Housing unit 15-A G.R.V.C. PLAINtiff

*(marginal labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PLAINTIFF SUFFERS From ▓▓▓▓ Serious EMOTIONAL AND HuMAN AN INSOMIA AN EMBArASSMENT, IN Fear of His Life AND under AN INCrease IN MENTAL Health TREATMENT AS THE EXAct RESult of THE D.O.C. INCIDENT Fear For HIS Family SAFety During VISITS. Fear To Practice His Religion under THE New York City Department of Correction.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✗  No ___

## FACTS Page (2)

Jose Pizarro was Retaliated Against By John Doe Caucasian C.O. From writing A previous Grievance Against C.O. Mayo; Defendant Mayo for an unlawful and illegal search that goes against Plaintiff Jose Pizarro Muslim Religion and Belief. John Doe Caucasian C.O. Also violated Plaintiff Jose Pizarro By ordering him to Put Fingers in his Rectum After being told to squat. Defendant Caucasian C.O. is not outlined in any D.O.C. Policy and or Directive. The Defendant Jane Doe Warden Refused to move Plaintiff Jose Pizarro upon his complaints and requests, and even Defendant New York City Department of Correction Defendant Joseph Ponte Refused to Acknowledge and Respond to Plaintiff's Jose Pizarro complaints of his Life Being in Danger along with Defendant Deputy Warden of Security Caputo. These violation violate Plaintiff's Fourth (4th) Eighth (8th) Fourteen (14th) and Thirteenth (13th) consititutional Amendment Rights where the search of his person is illegal, The Acts Are Deliberate and Indifferent to serious Religious Needs, Rises to the Level of Cruel and Unusal Punishment, and his Due Process Rights and Freedom to Practice Religion. This Behavior not only questions one's civil liberties, But color and Religion. It is a Depraved Indifference that serves no purpose, But to cause serious Emotional, Physical and Mental Injuries to the Plaintiff. The Defendants N.Y.C.D.O.C. Comm. Joseph Ponte; Warden Jane Doe; and Deputy Warden Security Caputo Acting under the Municipal Law have an obligation and a duty to make gaurantee that an inmate is secure in his person who is under the Exclusive care custody, and control, and to Ensure that Rules Policies and Directives are established to safe guard inmates from malicious acts By their subordinates who should have been subjected to training that teaches not to conduct unprofessionalism at such a high rate. It is Discriminatory, Racists, Inhumane and Disgusting for Failure of Better words, which why we as United States Citizens Rely on the Justices of this outstanding court where the Balance scale is lost

FAcTs PAge (2)
-----------------

oN EquAlity AND Justice For All.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  **G.R.V.C.**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No **X**   Do Not Know ___

If YES, which claim(s)? **N/A**

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **X**   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No **X**

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **G.R.V.C.**

1. Which claim(s) in this complaint did you grieve? **Religion, Harrassment AND Assault**

2. What was the result, if any? **No Response**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **Sent Letters To office of commissioner, Warden Jane Doe AND Deputy Warden security Caputo, No Response**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: **N/A**

2. If you did not file a grievance but informed any officials of your claim, state who you informed, **N/A**

Rev. 05/2010    4

when and how, and their response, if any: **N/A**

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Exhausted All Remedies That were Available To Plaintiff

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff Seeks Pain And Suffering Damages from Each Defendant. IN Their Individual, And official Capacity IN the Amount of $500,000.00 Plaintiff Also Seeks Emotional Stress And Mental Angusish IN The Amount of $500,000.00 from Each Defendant IN Their Individual, And official capacity. Finally Plaintiff Seeks Punitive Damages from Each Defendant IN their Individual And official Capcity IN the Amount of $500,000.00 for A Subtotal of Seven Point Five Million Dollars (7.5 million)

## VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No **X**

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  N/A

Defendants  N/A

2. Court (if federal court, name the district; if state court, name the county)  N/A

3. Docket or Index number  N/A
4. Name of Judge assigned to your case  N/A
5. Approximate date of filing lawsuit  N/A
6. Is the case still pending? Yes ___ No ✓

   If NO, give the approximate date of disposition  N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  N/A

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓  No ___

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Jose Pizarro

Defendants  N.Y.C. N.Y.P.D. Comm. William bratton; 76 4pct, Daniel Derby

2. Court (if federal court, name the district; if state court, name the county)  United States District Court Southern District

3. Docket or Index number  N/A
4. Name of Judge assigned to your case  N/A
5. Approximate date of filing lawsuit  _____
6. Is the case still pending? Yes X  No ___

   If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  N/A

*Rev. 05/2010*                                6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of MARCH, 2016

Signature of Plaintiff _____

Inmate Number  １４１１６０１７５１  １５-A

Institution Address  G.R.V.C.
0909 HAZeN St
East ElmHurst
N.Y. 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15th day of MARCH, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Sworn to before me this 16th day of March 2016

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA5088836
Qualified In Nassau County
My Commission Expires December 01, 2017

Inc. Jose Pizarro 14160175I /15-A-38cell
G.R.V.C.
09-09 Hazen Street
East Elmhurst N.Y. 11370

Pro-Se Intake unit Rm 200
United States District Court
Southern District of new york
U.S. court House
500 Pearl St N.Y. N.Y. 10007