USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7.15.16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pizarro

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act, 42 U.S.C. § 1983

-against-

Board of Correction; N.Y.P.D., G.R.V.C. Warden Monica Windley JANE John Joe Deputy Warden Security G.R.V.C., C.O. MAYO, C.O. CAUCASIAN John Joe, Et; AL

Jury Trial: ☒ Yes ☐ No
(check one)

16 Civ. 2418 ( )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's
Name Jose Pizarro
ID# 1411601751
Current Institution N.I.C. (Annex)
Address 1500 Hazen Street
EAST ElmHurst N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Board of Correction Shield # ___
Where Currently Employed 1 Centre Street
Address N.Y. N.Y. 10007

Defendant No. 2 Name N.Y.P.D Shield #
Where Currently Employed 1 Police PlAZA
Address N.Y. N.Y.

Defendant No. 3 Name N.Y.C. D.O.C. Comm Joseph Ponte Shield #
Where Currently Employed RIKers ISLAND
Address 72-20 Astoria BLVD
EAST Elmhurst N.Y. 11370

Who did what?

Defendant No. 4 Name Monica WINDLey Shield #
Where Currently Employed G.R.V.C. WArden
Address 0909 HAzen Street
EAST ElMHurst N.Y. 11370

Defendant No. 5 Name JANE John Joe Deputy Security Shield #
Where Currently Employed G.R.V.C. Deputy Security
Address 0909 HAzen Street
EAST ElmHurst N.Y. 11370

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

G.R.V.C. Facility Riker ISlAND

B. Where in the institution did the events giving rise to your claim(s) occur?

IN TAke AREA And Housing unit 15A 38 cell

C. What date and approximate time did the events giving rise to your claim(s) occur?

~~march 3, 2016 AT Appoximetely or About~~ 9:00 p.m. AND MARCH 8, 2016 AT or About Appoximetely 3:00 p.m. TO 8:00 p.M.

What happened to you?

D. Facts: ON MARCH 3, 2016 AT or About Approvimetely 9:00 p.M. IN The G.R.V.C. FACility; IN the INtAke RM. Defendant C.O. MAYO CAME TO Search Plaintiff José PIZARRO, Pro-se And Asked HIM IN A Hostile MANNer To

To Strip Search. Plaintiff Jose Pizarro Informed Defendant C.O. MAYO That He was of Muslim Religion And that it Forbids Exposing His Private Parts. The Defendant C.O. MAYO Then Stated "He Hates muslim And All Muslims should Die; And That He Did Not Give A Fuck About The muslim Religion. He Told Plaintiff Jose Pizarro To squat And Turn Around And Stick Two (2) Fingers IN Plaintiff Jose Pizarro Ass. Plaintiff Refused. And The Defendant C.O. MAYO Began to Grab Plaintiff Private Part And Also choke Plaintiff until He Almost could'nt breathe And Passed out. The Defendant C.O. MAYO Left Defendant on the Floor without Further INCident. At All Times After That upon being IN This Defendant Presence He Harassed; And used Derogatory Language Against His muslim Religion And Culture. This defendant was [illegible] And Still is wreckless towards Plaintiff Mentally And sometimes Physically. ON March 8, 2016 At or About 3-8pm During A Search IN housing unit 15A-38cell G.R.V.C. Plaintiff

Was anyone else involved?

Who else saw what happened?

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Plaintiff suffers From serious Emotional [illegible] Stress And Anguish. Pain And unusual Suffering Cruel And unusual Punishment. INSOMNIA; Post tramadic Stress disorder. Migrane Headache; I am on Pain Medication AND Mental Health Medication Because I This. I am IN fear For My life Fear for my Family Safety During visit. Fear to Practice My Religion under The New york City Dept. of Correction.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes X No ___

Facts Page (2)

Jose Pizarro was Retaliated Against By John Doe Caucasian C.O. From writing A previous Grievance Against C.O. MAYO; Defendant MAYO For AN unlawful AND illegal Search That goes against Plaintiff Jose Pizarro Muslim Religion AND Belief. John Doe Caucasian C.O. Also violated Plaintiff Jose Pizarro By orderin him to Put Fingers IN his Rectum After being told to squat. Defendant Caucasian C.O. IS NOT OUTLINED IN ANY D.O.C. Policy AND OR Directive. THE Defendant JANE DOE WARDEN REFUSED TO MOVE PLAINTIFF Jose Pizarro upon His complaints AND Requests, AND EVEN DEFENDANT NEW York City Department of Correction Defendant Joseph Ponte REFUSED To Acknowledge AND RESPOND To PLAINTIFF's Jose Pizarro complaints of His Life BEING IN Danger Along with Defendant Deputy WARDEN of Security Caputo. These violation violate Plaintiff's Fourth (4th) Eighth (8th) Fourteen (14th) AND THIRTEENTH (13th) consititutional AMENDMENT Rights where THE search of His Person is Illegal, THE Acts ARE Deliberate AND INDIFFerent To serious Religious Needs, Rises To THE Level of CRUEL AND UNUSAL PUNISHMENT, AND His DUE PROCESS Rights AND Freedom To Practice Religion. THIS BEHAVIOR NO only Questions one's civil Liberties, BUT color AND Religion. It is A DEPRAVED INDIFFERENCE THAT SERVES NO PURPOSE, BUT TO CAUSE SERIOUS EMOTIONAL, PHYSICAL AND MENTAL INJURIES TO THE PLAINTIFF. THE DEFENDANTS N.Y.C.D.O.C. COMM. Joseph Ponte; WARDEN JANE DOE; AND DEPUTY WARDEN SECURITY CAPUTO Acting under THE MUNICIPAL LAW HAVE AN OBLIGATION AND A DUTY TO MAKE Gaurantee THAT AN INMATE IS SECURE IN HIS PERSON WHO IS under THE Exclusive CARE custody, AND control, AND TO ENSURE THAT Rules Policies AND DIRECTIVES ARE ESTABLISHED TO SAFE GUARD INMATES from MALICIOUS ACTS By THEIR Subordinates who should Have Been subjected To TRAINING THAT Teaches NOT TO CONDUCT unprofessionalism AT SUCH A High RATE. It is Discriminatory, Racists, INHUMANE AND Disgusting for Failure of Better words, which why WE AS United states citizens Rely on the Justices of THIS outstanding court where The Balance Scale is lost

Facts Page (2)

on Equality and Justice For All.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

G.R.V.C Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes X No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No X Do Not Know ___

If YES, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

~~Yes X No ___~~

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No X

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

G.R.V.C. Facility

1. Which claim(s) in this complaint did you grieve? Sexual Harrasment, Assult, Harrasment AND Freedom of Religion

2. What was the result, if any? No Result or Response

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

Sent Letters To office of commissioner G.R.V.C. Warden Deputy Security or Deputy Programs Caputo. D.O.I, Inspector Brown, No Response Plus Grievances

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Exhausted All Remedies That Were AVAlAble To Plaintiff

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff Seeks Pain AND Suffering DAmages From Each Defendant; IN Their INdividual AND official capacity IN the Amount of (10) Million Dollars Plaintiff Seeks Emotional Stress AND mental Anguish IN the Amount of (15) million Dollars From EAch Defendant IN their INdividual AND official CApacity/ Plaintiff Seeks Cruel And unusual Punishment From Each defendant, IN their INdividual AND official Capacity IN the Amount of (20) Million Dollars. Finally Plaintiff Seeks Punitive DAmages From EAch Defendant IN their INdividual AND official CApacity IN The Amount of (25) million Dollars For A subtotal of (350) million Dollars.

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit: N/A

Plaintiff [illegible]
Defendants [illegible]

2. Court (if federal court, name the district; if state court, name the county) ____

3. Docket or Index number ____
4. Name of Judge assigned to your case ____ N/A
5. Approximate date of filing lawsuit ____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition ____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes X No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Jose Pizarro
Defendants N.Y.C. N.Y.P.D comm. William Bratton Et Al

2. Court (if federal court, name the district; if state court, name the county) United States Districk Court Eastern District

3. Docket or Index number 16-CV-01597-CBA-SMG
4. Name of Judge assigned to your case ____
5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes X No ___
If NO, give the approximate date of disposition ______________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________
Still Pending

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of July, 2016

Signature of Plaintiff [signature]

Inmate Number 1411601751

Institution Address N.I.C. (Annex)
1500 HAZEN Street
EAST ElmHurst N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12 day of July, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]